IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

08-281

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMTROL HOLDINGS, INC., *et al.*, | ) | Case No. 06-11446 (KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | Related to D.I. 677 and 678 |

### NOTICE OF APPEAL

KENNETH ELDER, SR., BARBARA ELDER, L]    ) H. E    ), by his mother and next friend, Rose Jansen, and A]    . N.    ' E]    , by her mother and next friend, Jeanine Valianos (collectively, the "Elder Family"), Claimants in the above-captioned bankruptcy proceedings, by and through their undersigned attorneys, appeal under 28 U.S.C. §158(a) from the Order of the United States Bankruptcy Court for the District of Delaware entered on the 1st day of April, 2008 (a) denying the Elder Family's motion for abstention and (b) referring the Debtors' claim objections to the United States District Court for the District of Delaware for a determination of whether the Elder Family's claims should be adjudicated in the United States District Court for the District of Delaware or the United States District Court for the Eastern District of Missouri.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Parties: | Attorneys of Record: |
|---|---|
| KENNETH ELDER, SR., BARBARA ELDER, L H. E , by his mother and next friend, and A A N E , by her mother and next friend | Patricia P. McGonigle<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>Tel: (302) 888-0600<br><br>Steven M. Wallace<br>THE KUNIN LAW OFFICES, LLC<br>412 Missouri Avenue<br>East St. Louis, IL 62201<br>Tel: (618) 274-0434<br><br>Alan G. Pirtle<br>THE REX CARR LAW FIRM, LLC<br>412 Missouri Avenue<br>East St. Louis, IL 62201<br>Tel: (618) 274-0434 |
| AMTROL HOLDINGS, INC., AMTROL, INC., and AMTROL INTERNATIONAL INVESTMENTS INC. | EDWARDS ANGELL PALMER & DODGE LLP<br>Stuart M. Brown<br>William E. Chipman, Jr.<br>Mark D. Olivere<br>R. Craig Martin<br>919 North Market Street, 15th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 777-7770<br><br>HOAGLAND, FITZGERALD, SMITH & PRANAITIS<br>Stephen J. Maassen<br>401 Market Street<br>P. O. Box 130<br>Alton, Illinois 62002<br>Tel: (618) 465-7745 |

Respectfully submitted,

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Patricia P. McGonigle
Patricia P. McGonigle (ID#3126)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Phone (302) 888-0600
Fax (302) 888-0606

- and -

The Kunin Law Offices, LLC
Steven M. Wallace, Esquire
412 Missouri Avenue
East St. Louis, Illinois 62201
Phone (618) 274-0434
Fax (618) 274-8369

The Rex Carr Law Firm, LLC
Alan G. Pirtle, Esquire
412 Missouri Avenue
East St. Louis, IL 62201
Tel: (618) 274-0434
Fax: (618) 274-8369

Counsel for the Elder Family

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMTROL HOLDINGS, INC., *et al.*, | ) | Case No. 06-11446(KG) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | **Re: D.I. Nos. 442 and 577** |

## ORDER

The Court has carefully considered (1) the Reorganized Debtors' Third Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P. 3007 [Books and Records - Substantive], dated June 27, 2007 ("the Claims Objection") (D.I. 442), applicable to the claims ("the Elder Claims") of Kenneth Elder, Sr. and Barbara Elder, jointly, L H. E      and A)   ı N     e E     ("the Elders"); and (2) the Elders' Motion for Abstention ("the Abstention Motion") (D.I. 577). For the reasons contained in the Court's Memorandum Opinion of even date, IT IS ORDERED that:

1. The Claims Objection is DENIED, and the Elder Claims are to be adjudicated on the merits.

2. The Abstention Motion is DENIED.

3. The matter is referred to the United States District Court for the District of Delaware to determine pursuant to 28 U.S.C. § 157(b)(5) whether the Elder Claims should be adjudicated in this District or the district court in the district in which the litigation underlying the Elder Claims is pending.

Dated: April 1, 2008

KEVIN GROSS, U.S.B.J.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

APPEAL TRANSMITTAL SHEET

**08-281**

Case Number: 06-11446    ●BK    ○AP
If AP, related BK Case Number: _____

Title of Order Appealed:
Order Denying The Claims Objection and Denying the Abstention Motion
Docket Number: 678    Date Entered: 4/01/2008

Item Transmitted:    ● Notice of Appeal        ○ Motion for Leave to Appeal
                     ○ Amended Notice of Appeal ○ Cross Appeal
Docket Number: 679    Date Filed: 4/10/2008

*Appellant/Cross Appellant:          *Appellee/Cross Appellee
The Elder Family                      Amtrol Holdings, Inc., et. al.

Counsel for Appellant:                Counsel for Appellee:
Patricia P. McGonigle                 William E. Chipman, Jr.
Steven M. Wallace                     Stuart M. Brown
Alan G. Pirtle                        Mark D. Olivere
                                      R. Craig Martin
                                      Steven Maassen

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?    ●Yes    ○No

IFP Motion Filed by Appellant?    ○Yes    ○No

Have Additional Appeals to the Same Order been Filed?    ●Yes    ○No
    If so, has District Court assigned a Civil Action Number?    ○Yes  ●No    Civil Action # _____

Additional Notes:
_____

5/14/2008                             By: Anissa Cothran
Date                                      Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: 08-20
7/6/06