IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMTROL HOLDINGS, INC., *et al.*, | ) | Case No. 06-11446 (KG) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

08-281

STATEMENT OF ISSUES ON APPEAL
AND DESIGNATION OF CONTENTS OF RECORD ON APPEAL

KENNETH ELDER, SR., BARBARA ELDER, L      H. E     , by his mother and next friend, Rose Jansen, and A     N    ; E    , by her mother and next friend, Jeanine Valianos (collectively, the "Elder Family"), by and through their undersigned attorneys, state as follows pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware:

Statement of Issues on Appeal

1. Did the Bankruptcy Court abuse its discretion in denying the Elder Family's motion for abstention?

2. Did the Bankruptcy Court err in finding that the terms of (a) the *First Amended Joint Chapter 11 Plan of Reorganization for Amtrol Holdings, Inc., Amtrol Inc., Water Soft Inc. and Amtrol International Investments Inc., Proposed by the Official Committee of Unsecured Creditors and the Debtors* (the "Plan") and (b) the

Bankruptcy Court's *Findings of Fact, Conclusions of Law and Order* confirming the Plan (the "Confirmation Order") prohibit litigation of the Elder Family's claims in a court other than a forum provided for under 28 U.S.C. §157(b)(5)?

3. Did the Bankruptcy Court err in finding that the Elder Family is enjoined from pursuing its claims against the Debtors in any court other than a forum provided under 28 U.S.C. §157(b)(5)?

4. Did the Bankruptcy Court err in finding that the Elder Family consented to adjudication of its claims in a forum provided for under 28 U.S.C. §157(b)(5)?

5. Whether the Bankruptcy Court erred in referring the Elder Family's claims and the Debtors' objections to those claims to the United States District Court for the District of Delaware for further proceedings?

6. Did the Bankruptcy Court incorrectly construe the Plan and the Confirmation Order as containing injunctive relief applicable to adjudication of the Elder Family's claims that was effective upon confirmation of the Plan?

7. Whether the Bankruptcy Court erred in concluding that the Plan and the Confirmation Order preclude entry of an order abstaining from hearing the Elder Family's claims?

## Designation of Contents of Record on Appeal

### A.  Bankruptcy Court Docket Case No. 06-11446

| Docket No. | Date Filed | Document Name |
| --- | --- | --- |
| 318 | April 11, 2007 | First Amended Chapter 11 Plan for Amtrol Holdings, Inc., Amtrol Inc., Water Soft Inc. and Amtrol International Investments Inc. |
| 405 | May 24, 2007 | Order and Findings of Fact, Conclusions of Law Confirming First Amended Joint Chapter 11 Plan of Reorganization for Amtrol Holdings, Inc., Amtrol Inc., Water Soft Inc. and Amtrol International Investments Inc. |
| 442 | June 25, 2007 | Reorganized Debtors' Third Omnibus Objection to Claims Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 |
| 577 | October 23, 2007 | Motion to Approve *(Motion of the Elder Family for Abstention)* |
| 588 | November 19, 2007 | Memorandum of Law in Support of Reorganized Debtors' (1) Objection to Motion of Elder Family for Abstention and (2) In Further Support of Reorganized Debtors' Third Omnibus Objection to Claims (Including All Attachments) |
| 594 | November 28, 2007 | Minutes of Hearing held on: 11/28/ 2007 (Including All Attachments added on 11/28/2007) |
| 597 | December 4, 2007 | Transcript of Hearing held on November 28, 2007 before the Honorable Kevin Gross[1] |

---

[1] While the docket indicates the transcript relates to a hearing on October 28, 2007, the Elder Family believes the transcript referenced in the dockets relates to the hearing before the bankruptcy court on November 28, 2007 concerning the Elder Family's claims and motions and the Debtors' objections to those claims and motions.

| 637 | January 16, 2008 | Memorandum of Law in *Support of Abstention, in Opposition to Preemption and in Opposition to Finding that Prosecution of Claims is Enjoined* (Including All Attachments) |
| --- | --- | --- |
| 652 | February 6, 2008 | Memorandum of Law *(Debtors' Reply) in Opposition to Elder Family's Memorandum of Law* (Including All Attachments) |
| 675 | March 26, 2008 | Minutes of Hearing held on: 3/26/2008 (Including All Attachments added on 3/26/2008) |
| 677 | April 1, 2008 | Opinion re Reorganized Debtors' Third Omnibus Objection to Claims and the Elders' Motion for Abstention |
| 678 | April 1, 2008 | Order Denying the Claims Objection and Denying the Abstention Motion |
| 679 | April 10, 2008 | Notice of Appeal Filed by the Elder Family |
| 682 | April 11, 2008 | Notice of Appeal filed by the Debtors |
| 685 | April 21, 2008 | Amended and Corrected Order |
| Requested | Requested | Transcript of Hearing held on March 26, 2008 before the Honorable Kevin Gross[2] |

## B. Claims Register

| Claim No. | Date Filed | Claimant(s) | Debtor |
| --- | --- | --- | --- |
| 285 | March 22, 2007 | A N E | Amtrol Inc. |
| 287 | March 22, 2007 | A N le E | Amtrol International Investments Inc. |
| 289 | March 22, 2007 | A N e E | Amtrol Holdings Inc. |

---

[2] A copy of the Elder Family's request for preparation of the March 26, 2008 transcript is attached hereto as Exhibit A.

4

| 265 | March 22, 2007 | Kenneth Elder Sr. and Barbara Elder | Amtrol Inc. |
| 286 | March 22, 2007 | Kenneth Elder Sr. and Barbara Elder | Amtrol International Investments Inc. |
| 290 | March 22, 2007 | Kenneth Elder Sr. and Barbara Elder | Amtrol Holdings, Inc. |
| 264 | March 22, 2007 | L    H. E | Amtrol Inc. |
| 288 | March 22, 2007 | L    H. E | Amtrol International Investments, Inc. |
| 291 | March 22, 2007 | L    H. E | Amtrol Holdings Inc. |

Respectfully submitted,
SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID#3126)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Phone (302) 888-0600
Fax (302) 888-0606
- and -
The Kunin Law Offices, LLC
Steven M. Wallace, Esquire
412 Missouri Avenue
East St. Louis, Illinois 62201
Tel: (618) 274-0434
Fax: (618) 274-8369

The Rex Carr Law Firm, LLC
Alan G. Pirtle, Esquire
412 Missouri Avenue
East St. Louis, IL 62201
Tel: (618) 274-0434
Fax: (618) 274-8369
Counsel to the Elder Family

Exhibit "A"

# Transcript/CD Order Form

Please fill out all spaces completely and return via mail or fax to:

**U.S. BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
824 MARKET STREET, WILMINGTON, DE 19801
FAX NO. 302-573-6006

| | | FOR COURT USE ONLY |
|---|---|---|
| | | DUE DATE |

**1. NAME**
Patricia P. McGonigle, Esquire

**2. FIRM NAME & PHONE NUMBER**
Seitz, VanOgtrop & Green
(302) 888-7605

**3. DATE**
4/11/08

**4. MAILING ADDRESS**
222 Delaware Avenue, Suite 1500

**5. CITY**
Wilmington

**6. STATE & ZIP CODE**
DE 19801

**7. CASE NAME & NUMBER**
Amtrol Holdings, Inc.
C.A. No. 06-11446 (KG)

**8. NAME OF JUDGE**
The Honorable Kevin Gross

**9. LOCATION OF PROCEEDINGS**
Delaware – Courtroom 3

**10. DATE AND TIME OF HEARING**
3/26/08
2:00 p.m.

**SELECT THE TYPE OF DELIVERY BELOW**

| CD | TRANSCRIPT (select format) | |
|---|---|---|
| *see note below | Hard Copy Only | Hard Copy and E-Mail (include your e-mail address below) |
| ☐ | ☒ | ☐ |

| ORIGINAL (Includes One Free Copy for the Court) | ONE COPY | EACH ADDITIONAL COPY |
|---|---|---|
| | | |
| | X | |

**IMPORTANT NOTE: FOR THOSE ORDERING CDs WHO USE A WINDOWS 2000 OPERATING SYSTEM:** The CD Reader Patch must be downloaded and installed in order to play a CD. To download this patch go to www.deb.uscourts.gov, click Chambers, then click Transcript Information.

**11. PLACE ORDER BELOW**

**CATEGORY** (please see the document entitled "Transcript Costs" which is posted in the Forms and Documents section of the Court's website for information on costs and descriptions of the categories.)

**ORDINARY**
**EXPEDITED**

**CERTIFICATION (13. & 14.)** By signing below, I certify that I will pay all charges due for this order.

**12. SIGNATURE** /s/ [signature]

**13. DATE** 4/11/08

| FOR COURT USE ONLY | | |
|---|---|---|
| TRANSCRIPT TO BE PREPARED BY | | DATE |
| ORDER RECEIVED | | BY |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

revised: December 22, 2005

## Certificate Of Service

The undersigned certifies that on April 21, 2008, she caused a true and correct copy of the foregoing *Statement Of Issues On Appeal And Designation Of Contents Of Record On Appeal* to be served upon counsel to Reorganized Debtors listed below by United States Postal Service, postage fully prepaid, and by electronic notification via CM/ECF, to those persons listed thereon:

Stuart M. Brown, Esquire
William E. Chipman, Esquire
Mark D. Olivere, Esquire
Craig Martin, Esq.
Edwards Angell Palmer & Dodge, LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (DE 3126)
pmcgonigle@svglaw.com