IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMTROL HOLDINGS, INC., et al.[1] | : | Case No. 06-11446 (KG) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Related Docket Nos. 679 and 686 |

- 08 - 281 -

### REORGANIZED DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL PURSUANT TO BANKRUPTCY RULE 8006

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the above-captioned debtors and debtors in possession (collectively, the "**Reorganized Debtors**"), by and through their undersigned counsel, hereby designate additional items to be included in the record on appeal of Kenneth Elder, Sr. Barbara Elder, I   E   by this mother and next friend, Rose Jansen, and /   N   E   by her mother and next friend, Jeanine Valianos, as stated in the Notice of Appeal dated April 10, 2008 [Docket No.[2] 679] and Statement of Issues on Appeal and Designation of Contents of Record on Appeal dated April 21, 2008 [Docket No. 686].

### Counter-Designation of Items To Be Included In Record On Appeal

Reorganized Debtors hereby designate the following additional items to be included in the record on appeal:

| Exhibit | Description | Docket No. | Date Docketed |
|---|---|---|---|
| 1. | Order Establishing Deadlines For Filing Proofs Of Claim, Excluding Asbestos-Related Litigation Claims, And Approving Form And Manner Of Notice Thereof | 117 | 1/11/07 |

---

[1] Additional Reorganized Debtors include all of Amtrol Holdings, Inc.'s wholly-owned direct and indirect domestic subsidiaries: Amtrol Inc.; Water Soft LLC (f/k/a/ Water Soft Inc.); and Amtrol International Investments Inc.

[2] References to the Docket shall be references to the docket of the United States Bankruptcy Court for the District of Delaware, at Case No. 06-11446 (KG).

WLM 513389.1

- 2 -

| 2. | First Amended Disclosure Statement Relating to the First Amended Joint Plan of Reorganization for Amtrol Holdings, Inc., Amtrol Inc., Water Soft Inc. and Amtrol International Investments Inc., Proposed by The Official Committee of Unsecured Creditors and the Debtors | 317 | 4/11/07 |
| --- | --- | --- | --- |
| 3. | Affidavit/Declaration of Service re: Solicitation Package (related documents 317 and 318) | 332 | 4/19/07 |
| 4. | Declaration of Michael LeCours in Support of the Reorganized Debtors' Omnibus Objections to Claims Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 | 444 | 6/25/07 |
| 5. | Affidavit/Declaration of Service of Staci McFadden re: Claims Objections (related documents 442, 444) | 452 | 6/27/07 |
| 6. | Debtors' Objection to Motion of the Elder Family for Abstention | 587 | 11/19/07 |

Reorganized Debtors reserve the right to supplement or amend the items designated herein.

Dated: Wilmington, Delaware
      May 1, 2008

Respectfully submitted,

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Mark D. Olivere
Stuart M. Brown (No. 4050)
William E. Chipman, Jr. (No. 3818)
R. Craig Martin (No. 5032)
Mark D. Olivere (No. 4291)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 777-7770
(302) 777-7263

*Counsel to the Reorganized Debtors*

WLM 513389.1