IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Amtrol Holdings Inc., et al.

---

| | | |
|---|---|---|
| Kenneth Elder, Sr., Barbara Elder, L.H.E. and A.N.E. | ) ) ) ) | |
| Appellant | ) | Civil Action No.   08-281 |
| v. | ) ) ) | |
| Amtrol Holdings Inc., Amtrol Inc. and Amtrol International Investments Inc. | ) ) ) | |
| Appellee | ) ) | Bankruptcy Case No. 06-11446 Bankruptcy Appeal No. 08-20 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/1/08 was docketed in the District Court on 5/14/08:

>Order: The Claims Objection is DENIED, and the Elder Claims are to be adjudicated on the merits. And the Abstention Motion is DENIED.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

>Peter T. Dalleo
>Clerk of Court

Date:  May 15, 2008
To:    U.S. Bankruptcy Court
       Counsel